ESTATE OF AMBROSE S. MURRAY, Respondent, *v.* KARL PETERS et al., Defendants, and EYVIND HEIASS et al., Defendants-Appellants.

Argued May 19, 1944; decided July 19, 1944.

*Roland Ford* for appellants.
*Murray Taylor* and *William L. Seibert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.